■ JOSEPH MARDENLY, Appellant, v. INTERSTATE MOTOR FREIGHT SYSTEM et al., Respondents.— Judgments affirmed, without costs of this appeal to any party. All concur. (Appeal from two judgments of Oneida Trial Term for defendants for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ JENNIE MARDENLY, Appellant, v. INTERSTATE MOTOR FREIGHT SYSTEM et al., Respondents.— Same decision and like cause of action as in companion case of *Mardenly* v. *Interstate Motor Freight System* (8 A D 2d 586).

■ MARY J. MARDENLY, an Infant, by JENNIE MARDENLY, Her Guardian ad Litem, Appellant, v. INTERSTATE MOTOR FREIGHT SYSTEM et al., Respondents.— Same decision and like cause of action as in companion case of *Mardenly* v. *Interstate Motor Freight System* (8 A D 2d 586).

■ ELIZABETH A. HOWES, Appellant, v. ALBERT DOZIER, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Oneida Trial Term for defendant for no cause of action, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ SAMUEL J. HOWES, Appellant, v. ALBERT DOZIER, Respondent.— Same decision and like cause of action as in companion case of *Howes* v. *Dozier* (8 A D 2d 586).

■ In the Matter of the Estate of GEORGE H. CLARK, Deceased. GENESEE VALLEY-UNION TRUST CO. et al., as Executors of GEORGE H. CLARK, Deceased, Appellants; NEW YORK STATE TAX COMMISSION, Respondent.— Final order affirmed, without costs of this appeal to any party. (See *Matter of Hard*, 261 App. Div. 192.) All concur. (Appeal from a final order of Monroe Surrogate's Court denying an appeal by executors and affirming a *pro forma* order of taxation.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.